**Continuing Abatement Order filed November 22, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00210-CV
_____

**BEVERLY LOU KNEISLEY, Appellant**

**V.**

**LUIS A. JIMENEZ, JR., Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-06662**

## ABATEMENT ORDER

This is an appeal of a judgment signed February 22, 2013. The appeal was abated pursuant to the Texas Insurance Code. *See* Tex. Ins. Code. §§ 443.008 and 462.309. The period for a stay of as set out in Tex. Ins. Code § 462.309 has expired. Unless any party files a response within fifteen days of the date of this order demonstrating that the stay has been extended or other good cause for extending the abatement, the appeal will be reinstated.

PER CURIAM